Case No. 11-1286

# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

THE AMERICAN CIVIL LIBERTIES )
UNION OF ILLINOIS, )
                                        )
         Plaintiff-Appellant, )
                                        )
v. )
                                        )
ANITA ALVAREZ, Cook County State's )
Attorney, in her official capacity, )
                                        )
         Defendant-Appellee. )

## PLAINTIFF-APPELLANT THE AMERICAN CIVIL LIBERTIES UNION OF ILLINOIS' CIRCUIT RULE 3(c) DOCKETING STATEMENT

Plaintiff-Appellant The American Civil Liberties Union (the "ACLU"), and putative Plaintiffs-Appellants Colleen Connell and Allison Carter, by their counsel and pursuant to Seventh Circuit Rule 3(c), hereby submits the following Docketing Statement.

**District Court Jurisdiction**

1.   The district court had subject matter jurisdiction over this civil action pursuant to 28 U.S.C. §§ 1331 and 1343(3) and (4). This case arises under federal law. Specifically, the ACLU, Connell and Carter seek declaratory and injunctive relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 2201 because the Illinois Eavesdropping Act, 720 ILCS 5/14, as applied, violates the First Amendment to U.S. Constitution.

## Appellate Jurisdiction

2. The district court order granting Anita Alvarez's motion to dismiss and denying as moot the ACLU's motion for a preliminary injunction was entered on October 28, 2010. On November 18, 2010, Appellants timely filed a consolidated motion to amend the judgment, to file an amended complaint, and to obtain a preliminary injunction. In an order entered on January 10, 2010, the district court denied the motion to amend the judgment and to file an amended complaint and again denied the motion for a preliminary injunction as being moot.

3. The Notice of Appeal was timely filed with the District Court on February 4, 2011.

4. The United States Court of Appeals for the Seventh Circuit has jurisdiction to pursuant to 28 U.S.C. § 1291 and 28 U.S.C. § 1292(a)(1).

## Related Cases

5. Counsel for the Appellants is unaware of any prior or related appellate proceedings.

Dated: February 10, 2011

Respectfully submitted,

THE AMERICAN CIVIL LIBERTIES UNION OF ILLINOIS

_____
One of Its Attorneys

RICHARD J. O'BRIEN
 (Counsel of Record)
LINDA R. FRIEDLIEB
ROBERT D. LEIGHTON
MATTHEW D. TAKSIN
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
(312) 853-7000

HARVEY GROSSMAN
ADAM SCHWARTZ
KAREN SHELEY
Roger Baldwin Foundation of ACLU, Inc.
180 N. Michigan Ave. Suite 2300
Chicago, IL 60601
(312) 201-9740

CH1 5712741v.1

## CERTIFICATE OF SERVICE

I, Matthew Taksin, hereby state that I have served the above Docketing Statement, this 10th day of February, 2011 by U.S. Mail to:

Patrick T. Driscoll, Jr.
Deputy State's Attorney
Chief, Civil Actions Bureau
50 W. Washington
500 Richard J. Daley Center
Chicago, Illinois 60602

*[Signature]*

*[Stamp: U.S.C.A. – 7th Circuit FILED FEB 10 2011 SP GINO J. AGNELLO CLERK DOC. #____]*